MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-6748
    Email: victoria.carradero@usdoj.gov

*Attorneys for Federal Defendant*
*United States of America*

RICHARD L. MAHFOUZ II (CSBN 246739)
CLERKIN & SINCLAIR, LLP
    701 B St., Suite 1160
    San Diego, CA 92101
    Telephone: (619) 308-6550
    FAX: (619) 923-3143
    Email: rlmahfouz@clerkinlaw.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 12-cv-5395-MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER ON CONTINUING CASE MANAGEMENT CONFERENCE AND DUE DATE FOR JOINT CMC STATEMENT AND DEFENDANT'S RESPONSE TO COMPLAINT** <br><br> Judge: Chief Magistrate Judge James |

Plaintiff State Farm Mutual Automobile Insurance Co., and Federal Defendant the United States of America hereby stipulate as follows and request that the Court order the same.

Defendant's response to the Complaint is currently due January 4, 2013. A Case Management Conference ("CMC") is currently scheduled for January 17, 2013 with a joint CMC statement due January 7, 2013.

The parties would like to try to resolve this matter and to that end, request a 60 day continuance of the above dates.

Accordingly, the parties stipulate and agree that Defendant's response to the Complaint will be due March 4, 2013. The CMC will be continued to March 21, 2013 with a CMC statement due March 14, 2013. The parties will notify the court immediately if this matter is resolved.

**SO STIPULATED.**

DATED: December 11, 2012                    Respectfully submitted,

*/s/ Richard L. Mahfouz II*
*Attorney for Plaintiff*

MELINDA HAAG
United States Attorney

 /s/ *Victoria R. Carradero*
Assistant U.S. Attorney
*Attorneys for Federal Defendant*

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Victoria R. Carradero, attest that I have obtained the concurrence of Richard Mahfouz, Counsel for Plaintiff, in the filing of this document.

Executed on December 11, 2012, in San Francisco, California.

                                        */s/ Victoria R. Carradero*
                                        Victoria R. Carradero

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendant's response to the Complaint is continued to March 4, 2013.  The CMC is continued to March 21, 2013 with a CMC statement due March 14, 2013.

DATE: December 13, 2012

_____
The Honorable Maria-Elena James
Chief Magistrate Judge