1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
6      FAX: (415) 436-6748
       victoria.carrader@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES OF AMERICA

9  RICHARD L. MAHFOUZ II (CSBN 246739)
   CLERKIN & SINCLAIR, LLP
10     701 B St., Suite 1160
       San Diego, CA 92101
11     Telephone: (619) 308-6550
       FAX: (619) 923-3143
12     Email: rlmahfouz@clerkinlaw.com

13 Attorneys for Plaintiff
   STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN FRANCISCO DIVISION
17

18 STATE FARM MUTUAL AUTOMOBILE  )   No. CV - 12-5395 MEJ
   INSURANCE COMPANY,            )
19                               )
          Plaintiff,             )   **STIPULATION AND [PROPOSED]**
20                               )   **ORDER OF DISMISSAL**
       v.                        )
21                               )
   UNITED STATES OF AMERICA,     )
22                               )
          Defendant.             )
23 _____)
                                 )
24

25

26

27

28

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CV12-5395 MEJ

1  Pursuant to the parties' Settlement Agreement and Federal Rule of Civil Procedure 41(a), Plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Plaintiff") and Defendant UNITED STATES OF AMERICA ("Defendant"), hereby stipulate to the dismissal with prejudice of this entire action (STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY V. UNITED STATES OF AMERICA, United States District Court, Northern District of California, Case No. 12-5395 MEJ) and any and all claims that were brought or could have been brought pertaining to any of the issues raised in the action.  Each side will bear its own attorneys' fees, expenses and costs.

Respectfully submitted,

CLERKIN & SINCLAIR, LLP


DATED: February 8, 2013

/s/
RICHARD L. MAHFOUZ II
Attorney for Plaintiff


MELINDA HAAG
United States Attorney


DATED: February 8, 2013

/s/
VICTORIA R. CARRADERO
Assistant United States Attorney
Attorneys for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: March 5, 2013

_____
HONORABLE MARIA-ELENA JAMES
MAGISTRATE JUDGE

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CV12-5395 MEJ                                   2

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Richard L. Mahfouz's concurrence in the filing of this document.

_____/s/_____

Victoria R. Carradero